# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:20-cr-122-MOC-WCM-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **RAYMOND EUGENE NEAL,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on defendant's Unopposed Motion to Allow Rule 11 Hearing by Videoconference, (Doc. No. 16).

**IT IS HEREBY ORDERED** that the Motion to Allow Rule 11 Hearing by Videoconference, (Doc. No. 16), is **GRANTED**, as Defendant has filed a plea agreement, and the Court is satisfied that Defendant has met the requirements of the CARES Act and this Court's Standing Order, No. 3:20-mc-48, Doc. No. 6. The parties shall contact the U.S. magistrate judge directly before the plea hearing to discuss the additional questions that the parties seek to be asked at the Rule 11 hearing, which the parties contend comply with the requirements of the CARES Act.

**IT IS SO ORDERED**.

Signed: May 25, 2021

Max O. Cogburn Jr
United States District Judge